JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

American Agritech, L.L.C.  )  Case No. **CV 09-7081-JFW (PJWx)**
,                            )
                              )  **ORDER DISMISSING CIVIL ACTION**
           Plaintiff,   )
                              )
     v.                 )
                              )
Hydro International,   )
L.L.C.,                 )
                              )
           Defendants.
_____

THE COURT has been advised by counsel that this action

has been settled, or is in the process of being settled.

IT IS THEREFORE ORDERED that this action is hereby

dismissed without prejudice to the right, upon good cause

shown within **30 days**, to re-open the action if settlement is

not consummated.  During this 30 day period, this Court

retains full jurisdiction over this action and this Order

shall not prejudice any party to this action.

/ / /

(Rev. 2/15/08)

1  / / /

2       In the event a motion or *ex parte* application to re-open

3  is not filed within 30 days, the dismissal of this action

4  will be with prejudice.

5

6  Dated: January 29, 2010

                                          JOHN F. WALTER
7                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Rev. 2/15/08)                        2