JS-6

Note changes by Court

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Agritech, L.L.C., an Arizona limited liability company,<br><br>                Plaintiff,<br><br>v.<br><br>Hydro International, L.L.C., a California limited liability company; Agricultural Organics Pty Ltd, d.b.a., Bloom Advanced Floriculture, an Australian proprietary limited company,<br><br>                Defendants. | Case No. CV 09-7081-JFW (PJWx)<br>Hon. John F. Walter<br><br>**CONSENT DECREE AND ORDER OF DISMISSAL WITH PREJUDICE** |

      The above-entitled matter having been compromised and settled among Plaintiff American Agritech, L.L.C. (hereinafter referred to as "American Agritech") and Defendants Hydro International, L.L.C. and Agricultural Organics Pty Ltd (hereinafter referred to collectively as the "AO Parties"), the following Consent Decree and Order of Dismissal with Prejudice is made and entered by the undersigned, the Honorable John F. Walter, Judge of the United States District Court for the Central District of California, pursuant to the Stipulation of the parties hereto and their respective counsel and the written Settlement Agreement between the parties. **The parties stipulate as follows:**

1. American Agritech is the owner of the following trademark registrations: (1) "SWEET," United States Trademark Registration No. 3,329,090, registered on November 6, 2007, and Canada Trademark Registration No. TMA687821, registered on May 16, 2007; and (2) "COCOGRO," United States Trademark Registration No. 3,015,132, registered on November 15, 2005 (hereinafter collectively referred to as the "Registered Marks").

2. American Agritech's United States Trademark Registration No. 3,329,090 comprises plant nutrients and supplements, namely, organic carbohydrate synthesizers containing carbohydrates, organic acids, vitamins, amino acids, esters, essential secondary and trace elements to facilitate optimal metabolism. American Agritech's Canada Trademark Registration No. TMA687821 comprises plant nutrients and supplements, namely plant food. American Agritech's United States Trademark Registration No. 3,015,132 compromises organic plant grow media.

3. American Agritech is also the owner of common law trademark rights in the marks "SWEET," "COCOGRO," and "CAL-MAG," including without limitation rights therein in connection with plant fertilizers, nutrients, supplements, and grow media (these common law marks and the Registered Marks will be referred to collectively hereafter as the "Marks"), and the Marks have become, by virtue of long-standing use and acceptance in the market by consumers, strong, distinctive and famous marks to the best of the AO Parties knowledge, information and belief.

4. American Agritech is engaged in the provision of services, sale of goods, and other commercial activities throughout the United States and Canada under the Marks.

5. The AO Parties are engaged in the provision of services, sale of goods, or other commercial activities which are the same or substantially similar to those for which American Agritech has trademark rights in connection with the Marks.

6. American Agritech claims that Agricultural Organics' use of the marks "ORGANIC SWEET", "COCO GROW", and "CAL-MAG" (hereinafter collectively referred to as the "Infringing Marks") in the United States and Canada in its plant nutrients and supplements business amounts to, *inter alia*, trademark infringement, unfair competition, and dilution under the Lanham Act, 15 U.S.C. § 1114 *et seq.*, and under equivalent and/or corresponding Canadian statutes.

7. Hydro International is the exclusive United States distributor for Agricultural Organics and does business online at <www.yellowbottles.com>.

8. American Agritech and Hydro International are currently parties in a civil action in the United States District Court, Central District of California (Western Division - Los Angeles) (the "Court"), Case No. 2:09-cv-07081-JFW-PJW (the "Lawsuit").

9. In the Lawsuit, American Agritech claims that Hydro International's use of the marks "ORGANIC SWEET," "COCO GROW," and "CAL-MAG" in the United States in its plant nutrients and supplements business amounts to, inter alia, trademark infringement, unfair competition, and dilution under the Lanham Act, 15 U.S.C. § 1114 *et seq.*

10. The AO Parties have represented and warranted as follows:

a. The following is a complete list of all entities related to the AO Parties who are or were using the Infringing Marks in the United States and/or Canada: Agricultural Organics Pty Ltd and Hydro International, L.L.C.

b. The following is a complete list of all marks in use or previously used by the AO Parties which infringe upon the Marks or cause confusion among consumers relating to the Marks in the United States or Canada: "ORGANIC SWEET," "COCO GROW," and "CAL-MAG."

c. The AO Parties have not licensed or given permission to anyone to use the Marks or the Infringing Marks or any design, name or mark which is confusingly similar to any of the Marks, whether alone or in conjunction with other

words or designs, in the United States and/or Canada.

   d. The AO Parties have not entered into any contracts that involve the use of the Marks or the Infringing Marks in the United States and/or Canada.

  11. American Agritech and the AO Parties have agreed to settle the trademark issues between them and have entered into a Settlement Agreement.

  12. The AO Parties agree that American Agritech is the sole owner of and has the exclusive rights to use the Marks whether alone or in conjunction with other words or designs, as their trademarks, service marks, or trade names, on or in connection with the provision, marketing and sale of any services, or any goods, or the conduct of any commercial activities, which are, or which may hereafter be, provided by American Agritech, throughout the United States and Canada, including without limitation any natural expansion which may occur as a result of usage.  American Agritech is the owner of the Registered Marks and such registrations are valid and subsisting.  The Marks have become, by virtue of long-standing use and acceptance in the market by consumers, famous, strong and distinctive marks to the best of the AO Parties knowledge, information and belief.

  **13.** **Pursuant to the foregoing stipulated facts and conclusions, the Court HEREBY ORDERS the AO Parties to do the following:**

   a. The AO Parties shall not contest the validity of or American Agritech's ownership of any of the Marks, or the validity of or American Agritech's ownership of any of the Marks' registrations, or oppose any application by American Agritech, or its affiliates, for federal registration, or take any action against American Agritech's registration in the various states or provinces, of additional trademarks or service marks incorporating the Marks or the Marks with a design as a part thereof.

   b. The AO Parties shall cease, permanently desist, and refrain from directly or indirectly using, employing, or importing any product with packaging containing, the Marks, the Infringing Marks, or any confusingly similar name or

term, in or into the United States or Canada, whether alone or in conjunction with other words or designs, in any manner for, or related to, the products, services or commercial activities of the AO Parties, or of any company affiliated with or related to the AO Parties, including without limitation using any mark, term or name for promotional, marketing or advertising purposes or in any other way. Notwithstanding the foregoing, Agricultural Organics is permitted to continue to use the marks "ORGANIC SWEET," "COCO GROW," and "CAL-MAG" on its website <www.agriculturalorganics.com> in connection with its advertising, marketing and promotion of its products bearing such marks outside of the United States and Canada; provided, however, the website contains the disclaimer set forth in Exhibit A hereto conspicuously placed on each and every page containing any of the foregoing marks.

      c.      The AO Parties shall not expressly or impliedly represent themselves or their products or services as being affiliated in any manner with American Agritech, or with any other company or person related to or affiliated with American Agritech, or as authorized, sponsored or endorsed by or otherwise connected with American Agritech.

      d.      The AO Parties shall not engage in any conduct which will cause or is likely to cause confusion, mistake or misunderstanding as to the source, affiliation, connection, or association of their products, services, or commercial activities with American Agritech, or of any other company or person related to or affiliated with American Agritech, or any of its services or goods, or with any of the Marks.

      e.      The AO Parties shall not hereafter seek to obtain state or federal trademark or service mark registration or domain name registration of any of the Marks or the Infringing Marks, or of any word, mark, name or design confusingly similar to any of the Marks, whether alone or in conjunction with other words or designs, for use on or in connection with the products or services of the AO Parties

or of any other related or affiliated company or enterprise.

    f.  The AO Parties shall not disparage, whether orally or in writing, American Agritech's rights to the Marks, or the manner in which such rights were acquired, nor shall the AO Parties libel or disparage American Agritech's efforts to enforce or police the Marks, in connection with this or any other matter.  Within the confines of this paragraph, the AO Parties agree to use their reasonable best efforts to resolve any confusion that comes to their attention regarding any incorrectly perceived connection between the AO Parties on the one hand and American Agritech on the other hand.

    g.  The AO Parties shall, by May 22, 2010, complete the following:

    (a)  Assemble, acquire and/or recall any and all of the AO Parties' products with packaging containing the Infringing Marks in the United States and/or Canada, and destroy them or ship them to anywhere outside the United States and Canada.

    (b)  Destroy, ship to anywhere outside the United States and Canada, or remove, as applicable, all references to the Infringing Marks from any and all advertising, marketing, and/or promotional materials of any kind within, or directly or indirectly targeting or reaching consumers in, the United States or Canada.

    (c)  Inform in writing all of the AO Parties' distributors and retailers in the United States and Canada of the discontinuation of its products bearing the Infringing Marks and the basis for such discontinuation.  The writing shall incorporate the content of the letter shown in <u>Exhibit B</u> hereto.  In conjunction with the same, the AO Parties shall refrain from making verbal representations inconsistent with the letter, or engaging in any other conduct that would tend to mislead or confuse distributors or retailers.

    (d)  To the extent the AO Parties have licensed or given permission to anyone to use the Marks or the Infringing Marks or any design, name

or mark which is confusingly similar to any of the Marks, whether alone or in conjunction with other words or designs, in the United States and/or Canada, the AO Parties shall expressly revoke such license or permission.

(e)     To the extent the AO Parties have entered into any contracts that involve the use of the Marks or the Infringing Marks in the United States and/or Canada, the AO Parties shall terminate such contracts.

(f)     Notwithstanding the foregoing, Agricultural Organics may continue to use the marks "ORGANIC SWEET," "COCO GROW," and "CAL-MAG" on its website <www.agriculturalorganics.com> pursuant to the terms and conditions set forth in Paragraph 13(b), *supra*.

h.     By June 1, 2010, the AO Parties shall provide a written certification, signed by the AO Parties, that all of the requirements of the remedial actions set forth in Paragraphs 13(b) & 13(g), *supra*, have been fulfilled, stating in detail and with particularity all of the steps taken to fulfill such requirements. The certification shall be sent to: Snell & Wilmer L.L.P., Attn: Matthew P. Fischer, One Arizona Center, 400 East Van Buren Street, Phoenix, Arizona, 85004-2202.

i.     The AO Parties shall comply with all applicable laws and regulations in the process of complying with this consent decree and order of dismissal with prejudice, including, but not limited to, effecting requisite changes to its product names and labels.

j.     The AO Parties shall require that their affiliated companies, and each of their owners, members, managers, directors, officers, attorneys, agents, representatives, employees, successors, assigns, and those acting in concert with them shall comply with all terms of this Consent Decree the same as if they were parties hereto.

///

///

///

14. The above-entitled matter shall be and the same hereby is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 19, 2010

_____
Honorable John F. Walter

# EXHIBIT A

## WEBSITE DISCLAIMER

"ORGANIC SWEET", "COCO GROW", and "CAL-MAG", are not available for purchase in the U.S. and Canada.  Agricultural Organics Pty Ltd is not affiliated in any manner with American Agritech, L.L.C. d.b.a. Botanicare, or any of its affiliates, nor are any products sold by Agricultural Organics authorized, sponsored or endorsed by or otherwise connected with Botanicare.  For information about Botanicare's products, including "SWEET," "COCOGRO," and "CAL-MAG," please visit American Agritech's website at http://www.botanicare.net/.

# EXHIBIT B

## LETTER TO DISTRIBUTORS AND RETAILERS

Agricultural Organics Pty Ltd
233 South Terrace
Wingfield
SOUTH AUSTRALIA
5013

Hydro International, L.L.C.
7751 Alabama Ave.
Canoga Park, CA  91304

[Date]

[Distributor or Retailer Name]

[Distributor or Retailer Address]


Dear [Distributor or Retailer Name]:

This letter is to inform you that any and all products sold or otherwise provided by Agricultural Organics Pty Ltd or Hydro International, L.L.C. under the marks "ORGANIC SWEET", "COCO GROW", and "CAL-MAG" (the "Discontinued Products") have been permanently discontinued in the U.S. and Canada in light of the trademark rights of American Agritech, L.L.C. d.b.a. Botanicare in the marks "SWEET," "COCOGRO," and "CAL-MAG."  Botanicare is the sole and exclusive source of products, including plant fertilizers, nutrients, supplements, and grow media, sold under those marks in the U.S. and Canada.

All sales, advertising, marketing, or other promoting of the Discontinued Products by [Distributor or Retailer Name] must be completely phased out within thirty (30) days after receipt of this letter.  The Discontinued Products may be liquidated, provided however, that after the phase-out period, remaining inventory and promotional materials must either be destroyed or returned to Agricultural Organics Pty Ltd or Hydro International, L.L.C. for a refund or a credit against future purchases from Agricultural Organics or Hydro International.

Your acknowledgment of this letter and immediate cooperation is requested. We also request that within forty five (45) days after receipt of this letter, you confirm in writing that all of the requirements of the preceding paragraph have been fulfilled.

Should you have any questions, please feel free to contact Agricultural Organics or Hydro International using the contact information listed above.

>Sincerely,
>
>Agricultural Organics Pty Ltd and
>
>Hydro International, L.L.C.